UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUAN LUCIANO MACHADO AMADIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No.  1:16-cv-02230 (TNM) |
| DEPARTMENT OF JUSTICE, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT MOTION TO STAY CASE**

NOW COME the parties to respectfully ask the Court to stay this case to allow the parties to attempt to resolve a significant factual discrepancy which potentially could alter the majority of the issues in controversy.

The parties have good cause to request this stay.  During his drafting of Plaintiff's Opposition to Summary Judgment, Plaintiff's undersigned counsel Kel McClanahan happened to notice an apparently minor discrepancy in one of the documents released to Plaintiff by the Federal Bureau of Investigation ("FBI") last year which he had had no reason to note previously. However, after noticing this discrepancy (a recording of the subject's middle name as "Luis," when Plaintiff's middle name is "Luciano"), he began to discover numerous other factual discrepancies in the document, which suggest that FBI may have conducted a search for the wrong person or, alternatively, may have records about Plaintiff filed under another person's name.  When he brought these discrepancies to Defendants' counsel's attention, she agreed that the matter warranted investigation, and the parties agreed to file this joint motion apprising the

Court of this development and asking for a stay to give them a chance to ascertain the nature of the problem and to what degree supplemental searches are appropriate.

The parties are aware of the Court's strong feelings regarding the need to file motions for extension four days in advance of the next deadline, and Mr. McClanahan apologizes profusely for not noticing this issue until the eleventh hour.  His explanation is simply that he had no reason to review this record, since it was released in response to a Freedom of Information Act ("FOIA") request which Plaintiff has agreed not to challenge and was not processed in response to the more recent FBI request, and that the only reason he *did* review it was to confirm a date. It was therefore mere happenstance that he noticed this problem at all.  That being said, the fact that a possible case of mistaken identity may explain the numerous search-related issues in controversy, coupled with Defendants' willingness to work to investigate the discrepancies to ensure that the best record is presented to the Court, warrants a stay of the case to allow time for the parties to investigate and attempt to resolve the problem.

Accordingly, the parties ask for an Order staying all pending deadlines in the case and directing them to update the Court with a Joint Status Report on 13 July 2018 apprising the Court of the status of the inquiry and proposing next steps.  A proposed Order is attached to this Motion.

Date:   June 26, 2018

                              Respectfully submitted,

_/s/_____     JESSIE K. LIU, D.C. Bar #472845
Kelly B. McClanahan, Esq.          United States Attorney
D.C. Bar #984704
National Security Counselors       DANIEL F. VAN HORN, D.C. Bar #924092
4702 Levada Terrace                Chief, Civil Division
Rockville, MD  20853
301-728-5908                       _____/s/_____
240-681-2189 fax                   APRIL DENISE SEABROOK, D.C. Bar #993730
Kel@NationalSecurityLaw.org        Assistant United States Attorney
                                   555 4th Street, N.W.
*Counsel for Plaintiff*            Washington, D.C.  20530
                                   (202) 252-2525 (office)
                                   April.Seabrook@usdoj.gov

                              *Counsel for Defendants*