Concorde Search                                                                 Page 1 of 1

**DEA/LAW ENFORCEMENT SENSITIVE**

| **NADDIS** | DSS | ESS | Cases | Forms | TOLLS | Concorde |

**Search On Behalf Of:** Self  Change
(/Search/ChangeUser)

⊙  A
⊙

Relevance  ∨

10 ∨

❤ NADDIS Templates

  ❤ Name (QNME)

No results found for your search. Please try again with the Advanced Search.

https://concorde/Search                                                         8/31/2016

Ex. G

Concorde Search                                                                 Page 1 of 1

**DEA/LAW ENFORCEMENT SENSITIVE**

| **NADDIS** | DSS | ESS | Cases | Forms | TOLLS | Concorde |
|---|---|---|---|---|---|---|

**Search On Behalf Of:** Self  Change  ⊗  A
(/Search/ChangeUser)                   ⊙

Relevance  ∨

10 ∨

❤ NADDIS Templates

  ❤ Miscellaneous Numbers (QMSN)   *SSA*

No results found for your search. Please try again with the Advanced Search.

https://concorde/Search                                                         8/31/2016

Concorde Search                                                  Page 1 of 3

**DEA/LAW ENFORCEMENT SENSITIVE**

| NADDIS | DSS | ESS | ETOLLS | Cases | Forms | TOLLS | Concorde |

**Search On Behalf Of:** Self  Change
(/Search/ChangeUser)

⊗  A
⊙

Relevance ▽

10 ▽

❤ NADDIS Templates

  ❤ Name (QNME)

    Last Name (Business)

    Contains ▽

    machado amadis

    ✚

    First Name

    Contains ▽

    Juan

    ✚

    Country

    Equals ▽

    

    ✚

    State

    Equals ▽

https://concorde/Search                                          5/17/2017

Concorde Search  Page 2 of 3

[                                    ]

[+]

[ Date of Birth                       ]

[ Equals     ▽ ]

[ ███ 1945                          📅]

[+]

[ Age                                 ]

[ Equals     ▽ ]

[                                    ]

[+]

[ Name Type                           ]

[ Equals     ▽ ]

[                                    ]

[+]

[ Race                                ]

[ Equals     ▽ ]

[                                    ]

[+]

[ Gender                              ]

[ Equals     ▽ ]

https://concorde/Search                                    5/17/2017

Concorde Search

[ ] 

[+]

[ Case Number ]

[ Equals ▼ ]

[ ]

[+]

[ Term ]

[ ]

[ 🔍 ] [ Close ]

No results found for your search. Please try again with the Advanced Search.