## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN LUCIANO MACHADO AMADIS, | |
| PLAINTIFF, | CIVIL ACTION NO.: 16-2230 (TNM) |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, *ET AL.*, | |
| DEFENDANTS. | |

### DEFENDANTS' ERRATA ATTACHING
### REVISED MEMO OF LAW AND SEARCHABLE EXHIBITS

Defendants hereby file this Errata to submit corrected copies of its combined reply in support of their Motion for Summary Judgment [ECF No. 20] ("Defendants' Motion"), and opposition to Plaintiff Juan Luciano Machado Amadis's ("Plaintiff") Cross-Motion for Partial Summary Judgment [ECF Nos. 30, 31] ("Plaintiff's Opposition") and Exhibits to the filings.  The attached documents correct the following errors:

- In Defendants' prior filing [ECF Nos. 39 and 40], Defendants' Memorandum of Law did not contain the required Table of Authorities.

- Defendants' Table of Exhibits within the Memorandum of Law did not include the Second Declaration of Eric Stein, which was filed on May 10, 2018; Mr. Stein's Second Declaration has been added as Defendants' "Exhibit 8" to avoid the need to change the numbering of the exhibits submitted contemporaneously with ECF Nos. 39 and 40.

- The exhibits included with Defendants' prior filing were not text searchable, as required by Local Civil Rule 5.4(a).

Counsel apologizes for these errors and assures the Court that such errors were inadvertent. Undersigned counsel also thanks Plaintiff's counsel for bringing two of these errors to her attention.

Dated: November 21, 2018      Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2525
April.Seabrook@usdoj.gov

COUNSEL FOR DEFENDANTS